- USDC -NH
2026 APR 13 AM 11:52

### United States District Court
### District Of New Hampshire

Joshua Howard,
   Plaintiff

Civil Case:

V.

NH DMV,
NH Dept Of Safety,
   Defendants

Violation Of Constitutional Rights
Pursuant To 42 U.S.C. § 1983

### Complaint:
Plaintiff Joshua Howard, by through self pro se hereby alleges as follows:

### Introduction:

I the Plaintiff have been deprived of my federal constitutional protected rights in regards to property and the right to travel. I have been arrested, had my property towed without my consent and have had to pay numerous frivolous fines that are in other words fraudulent. What I found rather odd is all the allowable monopolies on us citizens. Any form of license fee is aka a license tax which is for the privilege of pursuing employment pursuant to Black's Law Dictionary which is a legal reference used in courtrooms and law schools in which attornies and judges used these law dictionaries alongside law books to fathom legal terminology to obtain there law degree.

In essence you are paying a license fee aka a license tax for the privilege of making money off that license. It's best to know that a law dictionary isn't law but a legal reference used in the legal field that must be used with code or case law to coincide and make a stronger point to your case. Federal code 49 C.F.R. § 390.5 which is federal law states that any driver means driver of a commercial motor vehicle. Federal code 18 U.S.C. § 31(6) which is federal law states any form of motor vehicle is used for commercial purposes. So we have to now fathom that any form of drivers license is for the privilege of pursuing employment. Under the Supremacy Clause when state law and federal law clash federal law supersedes state and makes state law, code or constitutions null and void. My claim is "simplicite" since I'm stating that any form of drivers license doesn't apply to me since I don't make money off the roads that are for the public to use and enjoy that are paid by the people, my automobile isn't a motor vehicle pursuant to Federal code 18 U.S.C. § 31 (6) which under the supremacy clause supersedes state, and I don't drive since driver means driver of a commercial motor vehicle pursuant to Federal code 49 C.F.R. § 390.5 which under the supremacy clause supersedes state. I'm merely an automobilist with the rights to travel and the right to

property which an automobile is defined as durable goods for consumer goods purposes. The fallacy is the terminology sovereign citizens when in fact it has to do with a monopoly ran upon us citizens. "The whole reasoning upon this lawsuit is to make it known I fathom completely the monopoly that is being ran and to explain due to the malice intent to railroad my life the punitive damages im seeking is over 100,000 dollars. I have attached a frivolous fraudulent order which has since expired from the Department of Safety which shows a clear violation of my federal rights pursuant to federal codes 49 C.F.R. § 390.5 and 18 U.S.C. § 31(6) which is legally binding as the Supreme Law of The Land."

## The Parties:

1. Plaintiff Joshua Howard is relevant to this matter due to my rights being infringed upon.
2. Defendant NH DMV acting as a state government monopoly that's responsible for overseeing motor vehicle and driver-related matters in New Hampshire. Defendant NH DMV was and is a "person" acting under color of law as defined in 42 U.S.C. § 1983.
3. Defendant NH Dept Of Safety acting as a state monopoly to generate revenue for the state by a fraudulent monopoly alongside the NH DMV. Defendant NH Dept Of Safety was and is a "person" acting under color of law as defined in 42 U.S.C. § 1983.

## Jurisdiction And Venue:

1. Jurisdiction is proper under 18 U.S.C. § 3231, and 18 U.S.C. § 242.
2. The Court has personal jurisdiction over the Defendants.
3. Venue is proper under 28 U.S.C. § 1391(e)(1), as the events giving rise to the Plaintiffs claims occurred in the State of NH which is within the District of New Hampshire.

## Facts:

1. On March 7th 2025 I the plaintiff had to appear in Keene Nh Superior Court for a Petition for a Writ of Coram Nobis suggested by Judge Patrick Ryan in District Court. I previously tried to re open my case but Judge Patrick Ryan explained it was past the appeal period and that I the Plaintiff could do the Petition for a Writ of Coram Nobis in which I did and I decided to take the NH DMV to court.
2. Upon taking the NH DMV to court I the Plaintiff had mentioned the vehicle registration as a stepping stone to help make them fathom the monopoly. All NH registrations say (For Commercial Motor Vehicles Only; by signing this form you certify knowledge of applicable federal and state motor

carrier safety regulations and laws adopted by the State of New Hampshire.

3. I the Plaintiff had gotten told by the attorney representing the NH DMV that the statement on the registration didn't apply to me. It's mandatory to sign the registrations so by signing that form you are agreeing that your automobile is now being deemed a commercial motor vehicle.

4. I the Plaintiff had explained to both the attorney whom represented the NH DMV and Judge Anne M. Edwards that form doesn't apply to me, that it has nothing to do with a sovereign citizen as that sounds like a cult or mental illness, and that I'm not a "Driver" nor have I ever owned a "Motor Vehicle" pursuant to Federal Code.

5. I the Plaintiff had to educate the judge and attorney that under Article 6 of the U.S. Constitution if state laws don't coincide with federal that federal supercedes state and makes state null and void.

6. The judges order argued that I would have to talk to the Director of Motor Vehicles about the form change completely disregarding me just using the registration as a stepping stone to argue that this form is a clear fraudulent form and violation of my federal rights to property, my car isn't a motor vehicle and I'm not a driver pursuant to federal code which is federal law that supercedes state.

7. I had taken time to do a 42 U.S.C. § 1983 lawsuit due to the judge committing perjury on my case by making requests on my behalf that I the Plaintiff didn't state or request, but the federal judge stated she had qualified immunity under Common Law which should've been null and void since Constitutional Law is the Supreme Law of the Land and trumps Common Law, so her qualified immunity should've been null and void.

8. Defendant NH DMV represented by Attorney Dennis J. Thieverage through the direct action of his statements under oath disregarded the fact that 49 C.F.R. § 390.5 states "Driver means Driver of a Commercial Motor Vehicle" also 18 U.S.C § 31(6) "Motor Vehicle is a vehicle used for Commercial Purposes" pursuant to Federal Code, and instead he says that the registration saying "For Commercial Motor Vehicles Only by signing this form" has nothing to do with Passenger Vehicles, when in fact it does because any Passenger Vehicle is a Motor Vehicle which is used to transport Passengers for a fee.

9. Defendant NH Dept Of Safety by through a frivolous fraudulent order on or about March 3rd 2023 stated I the Plaintiff could be imprisoned for a period of up to 5 years for "Driving a Motor Vehicle" which I have never done pursuant to Federal codes 49 C.F.R. § 390.5 & 18 U.S.C. § 31(6) which explains that any form of "Driver" means driver of a commercial

motor vehicle and that a "Motor Vehicle" is a vehicle used for commercial purposes.

10.  Under 42 U.S.C. § 1983, every person acting under color of state law who deprives another person of his or her constitutional rights is also liable at law and in equity.

Request For Relief:

WHEREFORE, I the Plaintiff respectfully requests that this Court:

a)  Award I the Plaintiff punitive damages for the violations of my Constitutional rights against Defendants NH DMV and NH Dept Of Safety.

b)  Acknowledge the lengths I the Plaintiff will go to stand up for my rights.

c)  To fathom I the Plaintiff am absolutely correct about this unconstitutional scheme.

Index:

| Exhibit: | Pages: |
|---|---|
| Exhibit 1. Order from Dept Of Safety | 1 |

By and through self pro se
Sincerely submitted by Joshua Howard
P.O Box. 89
Keene,NH 03431
603-803-8127
04/06/2026