

# State of New Hampshire
## DEPARTMENT OF SAFETY
## BUREAU OF HEARINGS

James H. Hayes Safety Building, 33 Hazen Drive, Concord, NH 03305
Tel (603) 271-3466
Speech/Hearing Impaired
TDD Access Relay NH 7-1-1

*Exhibit 1*

# ORDER

REFERENCE #: NH114716271
HEARING #: HR202212910
DATE: 08/23/2022

JOSHUA ANDREW HOWARD
PO BOX 89
KEENE NH 034313859

1   After Hearing review I find that you are the same person as named in the certified driver record report attached to the Order to Appear

2   I further find based upon a preponderance of the evidence that you are an Habitual Offender as defined in RSA 259 39 262 19 and Administrative Rule Saf-C 206

3   **You shall remain certified indefinitely and until the Habitual Offender Order is removed in writing by this agency**

4   If you are convicted by the New Hampshire Superior Court of driving a motor vehicle after being certified as an Habitual Offender **you will be subject to imprisonment for a period up to five years**

5   Your license/operating privileges are revoked concurrent with this Order   The revocation period is for _____ years  You are ordered **NOT** to drive a motor vehicle on the ways of this state until such time as you have been decertified following a Hearing  the Director of Motor Vehicles has restored your license/operating privileges in writing  and you hold a valid license

6   This order shall become effective as of 12 01 a m   _____3/23_____  yr _2023_

7   You **MUST** petition the Director of Motor Vehicles in writing  for a review of this Order after _3/23/2024_ to show cause why the Habitual Offender certification shall be removed  subject to the following
    *No driving; Drive. Attitude Class*

8   You may appeal this Order to the Merrimack County Superior Court  Concord  New Hampshire within thirty (30) days pursuant to RSA 262 25

Dated  _3/23/2023_                                   _Gregory M. Albit_
                                                     Presiding Hearings Examiner

At  _Concord_                    New Hampshire

A copy of this Order was read and served in hand on the Respondent at _____ a m /p m

Dated  _3/23_  yr _2023_
                                                     Presiding Hearings Examiner

*Emailed to. josh19261howard@gmail.com on 3/23/2023.*