UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Joshua Howard

v. Case No. 26-cv-295-LM-AJ

NH DMV et al.

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated September 1, 2026.

The complaint is dismissed. The clerk shall enter judgment and close the case.

Landya B. McCafferty
United States District Judge

Date: October 8, 2026

cc: Joshua Howard, pro se